# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 97-00250-001 (DRD) |

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dwight Casanas-Rosario<br>6450 Perry Street<br>Hollywood, FL 33024-2035 | Puerto Rico | |

| NAME OF SENTENCING JUDGE |
|---|
| Daniel R. Dominguez |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>August 24, 2001 | TO<br>August 23, 2006 |
|---|---|---|

**OFFENSE**

Failure to Pay Legal Child Support Obligation

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____             _____
        *Date*                                                                                            *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____             _____
    *Effective Date*                                                                     *United States District Judge*